Ronald D. Mercaldo (State Bar No. 002753)
Marco B. Mercaldo (State Bar No. 20241)
Carlo N. Mercaldo (State Bar No. 23361)
**MERCALDO LAW FIRM**
1853 North Kolb Road
Tucson, AZ 85715
Tel (520) 624-1400
Fax (520) 624-1955
ron@mercaldo.com
marco@mercaldo.com
carlo@mercaldo.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Miller and Amanda Miller, husband and wife, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, a body politic, <br><br> Defendant. | Case No. <br><br><br> **COMPLAINT** |

Plaintiffs, Todd Miller and Amanda Miller, by and through undersigned counsel and for their claims against the Defendant, state and allege as follows:

1. This action arises under the Federal Tort Claims Act, 28 USC §§ 2671 *et seq*. This Court has jurisdiction pursuant to 28 USC § 1346(b).

2. Plaintiffs, Todd Miller and Amanda Miller, are residents of Tucson, Arizona. The acts and omissions complained of herein occurred at or near Tucson, Arizona, in the District of Arizona.

3. Plaintiffs bring this cause of action for their injuries, pain and suffering, and other economic and non-economic damages sustained by Plaintiffs which resulted from the acts and omissions of Defendants and their agents and employees.

4. Defendant United States of America, owns, operates, and/or otherwise controls a licensed health care facility known as Marana Health Center located at 13395 N. Marana Main Street in Marana, Arizona.

5. Defendant United States of America, in operating Marana Health Center, holds itself out as competent and qualified in providing and administering health care to the public and to Plaintiffs and willing to comply with the appropriate standard of care for health care providers in their respective fields.

6. Marana Health Center, operated by Defendant United States of America, employs, among others, doctors, nurses, nurse practitioners, physician assistants, and other health center personnel over which it exercises exclusive control and supervision, with the right to employ and discharge such employees.

7. Venue and jurisdiction are proper in this Court.

8. On or about July 26, 2018, Plaintiff Todd Miller presented to Marana Health Center with complaints of moderate to severe chest pain with shortness of breath. His pain was reported as worse with breathing and activity. His evaluation was performed by Vickie J. Clous, FNP. Her workup included review of systems, vital sign monitoring, physical examination, chest X-ray and EKG. Mr. Miller was diagnosed with chest pain on breathing and was discharged home with a prescription for Prohair HFA 108 MCG/ACT Inhalation Aerosol Solution, GI cocktail of 30ml Mylanta + 15m l2% viscous lido and Nitroglycerin 0.4 MG sublingual tablet for chest pain. No blood work was obtained.

9. On or about July 27, 2018, Plaintiff Todd Miller's chest pain did not resolve. Mr. Miller drove himself to the hospital, and on the way began having shortness of breath, dizziness and ultimately passed out in his motor vehicle. EMT's arrived and transported him to the hospital where he was diagnosed with a STEMI myocardial infarction, Hypoxia, Diastolic Cardiac heart failure, acute, thrombocytopenia, pulmonary edema-cardiogenic shock, semi-coma and flexor posturing. He remained in the hospital until August 1, 2018.

10.     Plaintiffs allege that Defendants were negligent in their diagnosis and/or care and/or treatment of Todd Miller and that such negligence caused damages to Plaintiffs.

11.     As a direct and proximate result of the negligence, carelessness and failure of the defendants to exercise a reasonable degree of professional skill, knowledge and care, Todd Miller suffered a near death STEMI cardiac arrest with subsequent residual effects that are likely permanent. He continues to suffer great mental and physical pain, anguish and anxiety, requiring medical care and treatment, diagnostic testing and the like in an amount which is not presently ascertainable. Plaintiffs are informed and believe and therefore allege that they will be compelled to incur indebtedness for necessary medical treatment in the future.  Due to the serious permanent life altering injuries, Plaintiff Todd Miller has lost and will continue to lose income and will suffer a permanent diminished earning capacity.

14.     As a direct and proximate result of the negligence, carelessness and failure of the defendants to exercise a reasonable degree of professional skill, knowledge and care, Plaintiff Amanda Miller has suffered the loss of love, care, society, comfort and guidance of her husband due to the negligence of the defendants.

12.     Plaintiffs served their Form 95 claim forms upon US Department of Health and Human Services on or about June 22, 2020. The US Department of Health and Human Services failed to make final disposition of this claim within six months and it is therefore deemed denied pursuant to 28 USC § 2675(a). This action is timely and within the statute of limitations.

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them, in an amount which will compensate them for their injuries/damages sustained herein, for the costs of this action, and for such other and further relief as the Court deems just and reasonable.

/ / /

/ / /

3

RESPECTFULLY SUBMITTED this 5th day of January, 2021.

**MERCALDO LAW FIRM**

/s/ Carlo N. Mercaldo
Carlo N. Mercaldo
*Attorney for Plaintiffs*