# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Miller et al., | No. 21-CV-00004-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Court, having reviewed the parties' Stipulation to Extend Deadlines (Doc. 30),

**IT IS ORDERED** that Plaintiffs Todd Miller et al. and Defendant United States of America's Stipulation (Doc. 30) is **GRANTED**. The deadline for Plaintiffs' expert disclosure outlined in the Court's May 20, 2021 scheduling order (Doc. 18) is extended 30 days to **October 11, 2021**. The deadline for Defendant's expert disclosure is similarly extended 30 days to **December 13, 2021**.

Dated this 25th day of August, 2020.

Honorable Jennifer G. Zipps
United States District Judge