Ronald D. Mercaldo (State Bar No. 002753)
Marco B. Mercaldo (State Bar No. 20241)
Carlo N. Mercaldo (State Bar No. 23361)
**MERCALDO LAW FIRM**
1853 North Kolb Road
Tucson, AZ 85715
Tel (520) 624-1400
Fax (520) 624-1955
ron@mercaldo.com
marco@mercaldo.com
carlo@mercaldo.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Miller and Amanda Miller, husband and wife, <br><br>  Plaintiffs, <br><br> v. <br><br> United States of America, <br><br>  Defendant. | Case No. CV-21-00004-TUC-JGZ <br><br> **JOINT SETTLEMENT STATUS REPORT** |

Pursuant to this Court's Order (Doc. 18), the parties hereby jointly submit this report regarding the status of the parties' settlement negotiations.

Since the filing of the last *Joint Settlement Status Report* (Doc. 49) The parties have continued to participate in discovery. Plaintiff, Todd Miller, underwent an Independent Medical Examination on January 18, 2022, and Defendants are set to disclose their expert opinions by the end of this week.

The parties have scheduled private mediation before the Hon. Christopher Skelly (ret.) on Thursday, May 12, 2022. The parties do not require the Court's assistance in setting a settlement conference at this time.

/ / /

/ / /

/ / /

Respectfully submitted this 9th day of March 2022.

| **MERCALDO LAW FIRM** | **GARY RESTAINO**<br>**United States Attorney**<br>**District of Arizona** |
|---|---|
| /s/ Carlo N. Mercaldo | /s/ Michael L. Linton, *with permission* |
| Carlo N. Mercaldo | Michael L. Linton |
| *Attorney for Plaintiff* | Assistant U.S. Attorney |
| | *Attorneys for Defendant United States* |