GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL L. LINTON
Arizona State Bar No. 024729
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
michael.linton@usdoj.gov
*Attorneys for the Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Todd Miller, et al., | CV 21-00004-TUC-JGZ |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANT USA'S THIRTEENTH SUPPLEMENTAL DISCLOSURE STATEMENT** |
| vs. | |
| United States of America, | |
| Defendant. | |

Defendant United States of America gives notice that on April 29, 2022, it served its Thirteenth Supplemental Disclosure Statements on Plaintiffs' counsel via U.S. Mail.

RESPECTFULLY SUBMITTED this 29th day of April, 2022.

        GARY M. RESTAINO
        United States Attorney
        District of Arizona

        *s/Michael L. Linton*
        MICHAEL L. LINTON
        Assistant U.S. Attorney
        Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ronald D. Mercaldo
Marco B. Mercaldo
Carlo N. Mercaldo
MERCALDO LAW FIRM
1853 N. Kolb Rd.
Tucson, AZ  85715
*Attorneys for Plaintiffs*

s/M. Parker