GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL L. LINTON
Arizona State Bar No. 024729
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
michael.linton@usdoj.gov
*Attorneys for the Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Todd Miller, et al., | CV 21-00004-TUC-JGZ |
|---|---|
| Plaintiffs, | **NOTICE OF SETTLEMENT AND STIPULATION TO VACATE LITIGATION DEADLINES** |
| vs. | |
| United States of America, | |
| Defendant. | |

The parties, by and through their undersigned counsel, hereby notify the Court of their settlement in this Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* action and stipulate and request that all deadlines in the Court's Amended Scheduling Order dated December 8, 2021 (Doc. 48) be vacated as the parties have reached a settlement of all claims in this litigation.

RESPECTFULLY SUBMITTED this 23rd day of May, 2022.

| MERCALDO LAW FIRM | GARY M. RESTAINO |
| | United States Attorney |
| | District of Arizona |
| *s/Carlo N. Mercaldo with permission* | *s/Michael L. Linton* |
| CARLO N. MERCALDO | MICHAEL L. LINTON |
| RONALD D. MERCALDO | Assistant U.S. Attorney |
| MARCO B. MERCALDO | |
| Attorneys for Plaintiffs | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 23, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ronald D. Mercaldo
Marco B. Mercaldo
Carlo N. Mercaldo
MERCALDO LAW FIRM
1853 N. Kolb Rd.
Tucson, AZ  85715
*Attorneys for Plaintiffs*

s/Mary M. Parker