GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL L. LINTON
Arizona State Bar No. 024729
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
michael.linton@usdoj.gov
*Attorneys for the Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Miller, et al., | **CV 21-00004-TUC-JGZ** |
| Plaintiffs, | **STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| United States of America, | |
| Defendant. | |

The parties stipulate to dismiss all claims in this action with prejudice, the parties to bear their own attorneys' fees, costs and expenses.  A proposed order is enclosed.

RESPECTFULLY SUBMITTED this 24th day of June, 2022.

MERCALDO LAW FIRM

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Carlo N. Mercaldo with permission*
CARLO N. MERCALDO
RONALD D. MERCALDO
MARCO B. MERCALDO
Attorneys for Plaintiffs

*s/Michael A. Ambri for*
MICHAEL L. LINTON
Assistant U.S. Attorney
Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ronald D. Mercaldo
Marco B. Mercaldo
Carlo N. Mercaldo
MERCALDO LAW FIRM
1853 N. Kolb Rd.
Tucson, AZ  85715
*Attorneys for Plaintiffs*


*s/Mary M. Parker*