IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Todd Miller, et al., | **CV 21-00004-TUC-JGZ** |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| United States of America, | |
| Defendant. | |

Based on the Stipulation of the parties, and good cause appearing therefore,

IT IS ORDERED that this matter is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees, costs and expenses.